UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

John Otto Randle,

        Plaintiff,

vs.                                                    ORDER

The City of Minneapolis Police
Department, The 3rd Precinct &
its Officers; Officer Mike Nimlos;
Officer Jeffrey J. Imming; Officer
Michael K. Kaneko; Officer Blayne
L. Lehner; Officer Justin J. Merten;
Officer Kelly J. O'Rourk; Officer
Clay T. Pecore; and Officer Richard
K. Thomas,

        Defendants.                    Civ. No. 06-859 (PAM/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

    ORDERED:

    That the Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment [Docket No. 36], is granted.

                                                  BY THE COURT:

                                                 s/ Paul A. Magnuson

Dated: September 5, 2007              Judge Paul A. Magnuson
At St. Paul, Minnesota               United States District Court